DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
OCT - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MONIQUE C. CRAYTON

Chapter 13
Case No. 05-3-3588 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $102.90 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 005 | CLERK OF THE COURT FOR<br>HSBC AUTO FINANCE<br>P O BOX 17906<br>SAN DIEGO, CA 92177 | $102.90 |

Dated:   October 5, 2011

_____
CECILIA MARCELO
Receipts Administrator